UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
ESTHER SALAS
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
ROOM 5076
NEWARK, NJ 07101
973-297-4887

February 19, 2020

## LETTER ORDER

Re: *Goodwin v. Sergeant Percili, et al.*
   **Civil Action No. 17-13368 (ES) (MAH)**

Dear parties:

On November 22, 2019, the Honorable Michael A. Hammer, United States Magistrate Judge, issued an Order to Show Cause directing plaintiff Michael J. Goodwin ("Plaintiff") to "show cause, in writing . . . why his complaint should not be dismissed for failure to prosecute it under Fed. R. Civ. P. 41, for failure to comply with [various Court Orders]." (D.E. No. 27 at 2).

After Plaintiff failed to timely respond to the Order to Show Cause, Judge Hammer issued a Report and Recommendation, recommending that the Court dismiss Plaintiff's complaint *without prejudice* for failure to prosecute pursuant to Rule 41(b). (D.E. No. 29 ("R&R")). Magistrate Judge Hammer provided the parties fourteen days to file and serve objections to the R&R pursuant to 28 U.S.C. § 636 and Local Civil Rule 72.1(c)(2). The parties did not file any objections.

The Court has reviewed Magistrate Judge Hammer's R&R, and for the reasons stated therein,

IT IS on this 19th day of February 2020,

**ORDERED** that Magistrate Judge Hammer's R&R is adopted in full; and it is further

**ORDERED** that Plaintiff's complaint is dismissed *without prejudice*; and it is further

**ORDERED** that the Clerk of Court shall TERMINATE docket entry number 29 and CLOSE THIS CASE.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**